IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                            Case No: 3:02cr20/RV
                                     3:05cv128/RV/MD

**CARLOS S. DAILEY**

_____

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 19, 2005. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

       Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 253) is summarily DISMISSED as untimely.

       DONE AND ORDERED this 3rd day of May, 2005.

                                         /s/ _Roger Vinson_
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**